# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE LULE,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:15-cv-01631- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 13) |

On July 14, 2016, the parties filed a stipulation for a thirty-day extension of time for Defendant to file a response to Plaintiff's opening brief. (Doc. 13) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Accordingly, **IT IS HEREBY ORDERED**:

1.  Defendant's request for an extension of time is **GRANTED**; and
2.  Defendant **SHALL** file a response to the opening brief no later than **August 15, 2016**.

IT IS SO ORDERED.

Dated:   **July 16, 2016**          /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE