UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE E. LULE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-01631- JLT<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR A SECOND EXTENSION OF TIME<br><br>(Doc. 15) |

On August 15, 2016, Defendant filed a stipulation of the parties to extend time for the Commissioner to respond to Plaintiff's opening brief. (Doc. 15) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 4), which was previously used by Defendant. (Docs. 13, 14) Beyond the single extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 4)

Defendant's counsel, April Alongi, asserts that "since the prior extension, counsel has been handling a large number of District Court and Ninth Circuit cases in addition to this one, with thirteen briefs—one in the Ninth Circuit—due within the next twenty-five days." (Doc. 15 at 2) In addition, Ms. Alongi reports she "had numerous other deadlines, including numerous conferences in an employment case, a settlement memorandum, and multiple mentoring and reviewing duties in the Office of the General Counsel." (*Id.*) She also was "out of the office on leave for five days and has been intermittently absent due to illness." (*Id.*) Therefore, Ms. Alongi asserts additional time is needed

"to properly respond to the issues Plaintiff raised in her Brief." (*Id.* at 3)  Plaintiff does not oppose the request for a further extension of time for Defendant to file a responsive brief. (*Id.*)  Good cause appearing, the Court **ORDERS**:

1. Defendant's request for a second extension of time is **GRANTED**;
2. Defendant **SHALL** file a responsive brief on or before **September 14, 2016**; and
3. The parties are cautioned that no further extensions will be granted without the showing of exceptionally good cause.

IT IS SO ORDERED.

Dated:  **August 17, 2016**                              /s/ Jennifer L. Thurston
                                                                     UNITED STATES MAGISTRATE JUDGE